In the Matter of RUDOLPH WURLITZER COMPANY, Respondent, against MARTHA BYRNE, as Register of the County of New York, Appellant.

Argued May 19, 1941; decided June 12, 1941.

*William C. Chanler,* Corporation Counsel (*Stanley Buchsbaum* and *Paxton Blair* of counsel), for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein* and *John C. Crary, Jr.,* of counsel), *amicus curiæ.*

*Sidney H. Levine* and *S. C. Levine* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.